## BEAUFORT COUNTY SCHOOLS v. ROACH

No. 201P94

Case below: 114 N.C.App. 330

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## BEAVERS v. FEDERAL INS. CO.

No. 108P94

Case below: 113 N.C.App. 254

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## BRADSHAW v. EASTERN AIRLINES

No. 119P94

Case below: 113 N.C.App. 652

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## BUCKNER v. CITY OF ASHEVILLE

No. 92P94

Case below: 113 N.C.App. 354

Petition by plaintiff (Billy Dean Buckner) for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## CHESTER v. OAKLEY

No. 172P94

Case below: 113 N.C.App. 654

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 June 1994.